# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PETITION OF SETH VENSKUS RELEASE OF SEIZED 1999 FORD F-250 TRUCK, VIN NUMBER VIN 1FTNW21F3XEC70016, <br><br> SETH VENSKUS <br>                 Petitioner. | CASE NO. 08cv0216 <br><br> SCHEDULING ORDER |

On or about February 4, 2008 Petitioner Seth Venskus filed a Hardship Petition pursuant to 18 U.S.C. §983(f)(3)(A) seeking the release of the above identified vehicle pending resolution of a parallel forfeiture proceeding. Upon review of the Hardship Petition,

**THE GOVERNMENT IS ORDERED** to file an answer or other responsive pleading to the Hardship Petition no later than March 7, 2008. The response shall include any and all transcripts or other documents relevant to the determination of the issues presented in the Hardship Petition.

**IT IS FURTHER ORDERED** that if Petitioner wishes to reply to the pleading, a traverse or other appropriate pleading must be filed no later than March 12, 2008. The court sets oral argument on the Hardship Petition for March 14, 2008 at 1:30 p.m.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve a copy of this order and the

///

///

Petition on the United States Attorney General or an authorized representative.

**IT IS SO ORDERED.**

DATED: February 25, 2008

*[signature]*
Hon. Jeffrey T. Miller
United States District Judge

cc:    All parties