1  KAREN P. HEWITT
   United States Attorney
2  DAVID M. McNEES
   Special Assistant U.S. Attorney
3  California State Bar No. 216612
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5979
   Email: David.McNees@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10 IN RE PETITION OF SETH VENSKUS     )   Civil No. 08cv0216-JM(POR)
   FOR RELEASE OF SEIZED 1999 FORD    )
11 F-250 TRUCK, VIN NUMBER,           )   NOTICE OF APPEARANCE
   1FTNW21F3XEC70016,                 )
12                                    )
                                      )
13 SETH VENSKUS,                      )
                                      )
14              Petitioner.           )
                                      )
15

16      TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17      I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18      I certify that I am admitted to practice in this court or authorized to practice under Civil Local

19 Rules 83.3.c.3-4.

20      The following government attorney (who is admitted to practice in this court or authorized to

21 practice under Civil Local Rules 83.3.c.3-4) is also associated with this case, should be listed as lead

22 counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity

23 in this case:

24      <u>Name</u>

25      N/A

26 //

27 //

28 //

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:
3 | <u>Name</u>
4 | N/A
5 | Please call me if you have any questions about this notice.
6 | DATED:  March 12, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/David M. McNees

DAVID M. McNEES
Special Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America
Email: David.McNees@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PETITION OF SETH VENSKUS FOR RELEASE OF SEIZED 1999 FORD F-250 TRUCK, VIN NUMBER, 1FTNW21F3XEC70016, <br><br> SETH VENSKUS, <br><br> Petitioner. | Civil No. 08cv0216-JM(POR) <br><br> CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

I, David M McNees, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action. I have caused service of NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Richard M. Barnett

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 12, 2008.

s/ David M. McNees
DAVID M. MCNEES
Email: David.McNees@usdoj.gov