UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PETITION OF SETH VENSKUS FOR RELEASE OF SEIZED 1999 FORD F-250 TRUCK, VIN NUMBER, 1FTNW21F3XEC70016, <br><br> SETH VENSKUS,<br>               Petitioner. | Civil No. 08cv0216-JM(POR) <br><br> ORDER FOR HARDSHIP RELEASE OF VEHICLE |

Having reviewed the Joint Motion for Hardship Release Agreement and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The subject vehicle, One 1999 Ford F-250, VIN 1FTNW21F3XEC70016, shall be released to petitioner Seth Venskus pending the initiation and final disposition of a civil forfeiture complaint against the subject vehicle.

2. Upon release of the subject vehicle, pending final disposition of forfeiture proceedings against the subject vehicle, petitioner agrees to maintain the subject vehicle so as to preserve it in at least the same condition as when the subject vehicle was seized. Petitioner agrees to make, at his expense, all repairs and undertake all maintenance necessary to assure compliance with this paragraph.

3. Petitioner shall comply with all licensing and inspection requirements of the State of California, including timely paying all personal property taxes and licensing fees.

//

1        4.      Petitioner shall maintain insurance coverage on the subject vehicle acceptable to
2    the United States to insure the subject vehicle against loss.  This coverage shall include
3    comprehensive and collision coverage with a deductible in the event of loss not to exceed $100.
4    Alternatively, petitioner may furnish a cost bond in the amount by which his deductible exceeds
5    $100.
6        5.      Petitioner shall within fourteen (14) days of the date of the order approving this
7    agreement, provide proof to the United States Attorney's office that the United States of America
8    is an additional insured party and the loss/payee of the policy insuring the subject vehicle.
9        6.      Petitioner will not transfer title to the subject vehicle under any circumstances
10   without the authorization of the court. Petitioner will not encumber the subject vehicle in any
11   manner, nor grant any interest in it to any party.
12       7.      Petitioner shall permit a representative of the Drug Enforcement Administration to
13   conduct reasonable inspections of the subject vehicle upon request.
14       8.      Petitioner shall not make any alterations to the subject vehicle, including removal
15   or replacement of components, other than as required by paragraph 2, without the express written
16   approval of a representative of the United States Attorney's Office.
17       9.      Petitioner shall report any accident involving the subject vehicle to the United States
18   Attorney's office within three days of the occurrence.  Petitioner shall provide a copy of any
19   accident report filed concerning the subject vehicle, including a copy of any police report.
20       10.     Petitioner will not permit the use of the subject vehicle for any purpose which
21   violates any local or county ordinance, or state or federal statute.
22       11.     Petitioner shall not subject the vehicle to any unusual wear and tear which would
23   diminish the value of the subject vehicle. This includes, but is not limited to, hauling of any
24   materials, cargo or passengers at weights which exceed manufacturer's specifications.
25       12.     Petitioner shall make all payments on all existing liens in a timely manner during
26   the pendency of the forfeiture. Petitioner shall provide documented proof of such payments upon
27   request.
28   //

1       13.    Petitioner shall not remove the subject vehicle from the United States without the express written consent of the United States Attorney's Office.

      14.    The parties agree that, by execution of this agreement to release property, petitioner has not substantially prevailed in this litigation.

      15.    The parties will each bear their own costs and their own attorney's fees in this matter.

      16.    The foregoing joint motion and this order merely provides for for the release of the subject vehicle pending initiation and completion of the civil forfeiture proceedings against the subject vehicle.

      IT IS SO ORDERED.

DATED: March 17, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge