# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN

| PLAINTIFF UNITED STATES OF AMERICA | COURT CASE NUMBER 08cv0216-JM(POR) |
|---|---|
| DEFENDANT One 1999 Ford F-250, VIN 1FTNW21F3XEC70016 | TYPE OF PROCESS RELEASE OF VEHICLE |

**RECEIVED U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA 2008 MAR 17 P 2:35**

**SERVE AT**

| NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|
| DRUG ENFORCEMENT ADMINISTRATION |
| ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code) |
| 4560 VIEWRIDGE AVENUE, SAN DIEGO, CALIFORNIA 92123-1637 |

BY _____ DEPUTY

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| DAVID M. McNEES, Special Ass't United States Attorney<br>Office of the United States Attorney<br>880 Front Street, Room 6293<br>San Diego, CA 92101-8893 | Number of process to be served with this Form - 285: 1<br>Number of parties to be served in this case: 1<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

DEA Case No. R2-07-0398; CATS ID 08-DEA-492860

Attached are four copies of the Order for Hardship Release of Vehicle. Please release the defendant vehicle to Claimant Seth Venskus through his attorney of record, Richard M. Barnett, pending the completion of the civil forfeiture proceedings against the vehicle. Mr. Barnett can be reached at 105 West F Street, 4th Floor, San Diego CA 92101, (619) 231-1182.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
DAVID M. McNEES [SAUSA]
TELEPHONE NUMBER: (619) 557-7366
DATE: 3/17/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process No. 1 | District of Origin No. 98 | District to Serve No. 98 | Signature of Authorized USMS Deputy or Clerk | Date 3-17-08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served: June Wescott, Group Asst.

Date of Service: 03/21/08   Time: 11:40 am
Signature of U.S. Marshal or Deputy #3860

| Service Fee 45.00 | Total Mileage Charges 9.38 | Forwarding Fee | Total Charges 54.38 | Advance Deposits | Amount Owed to US Marshal or Amount or Refund |
|---|---|---|---|---|---|

REMARKS: