RICHARD M. BARNETT, Esq.
A Professional Law Corporation
SBN#65132
105 West F Street, 4th Floor
San Diego, CA 92101
Telephone: (619) 231-1182

Attorney for Petitioner
SETH VENSKUS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PETITION OF SETH VENSKUS FOR RELEASE OF SEIZED 1999 FORD F-250 TRUCK, VIN NUMBER, 1FTNW21F3XEC70016, <br><br>SETH VENSKUS <br><br>           Petitioner. | Case No. 08-CV-0216-JM(POR) <br><br> **DISMISSAL OF PETITION** |

Petitioner and the the United States have reached a settlement of the underlying judicial forfeiture proceedings. Accordingly, the petitioner, Seth Venskus, by and through his counsel, hereby dismisses with prejudice his Petition for Release of Seized Vehicle.

Dated: August 13, 2008

                              Respectfully submitted,


                              s/Richard M. Barnett
                              RICHARD M. BARNETT

                              Attorney for Petitioner
                              Seth Venskus

1

**CERTIFICATE OF SERVICE**

I, RICHARD M. BARNETT, do hereby state:

That I am a citizen of the United States, over the age of eighteen years, and not a party to the within action.

That my business address is 105 West F Street, 4th Floor, San Diego, California.

That on August 13, 2008, I have caused service of Dismissal of Petition on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies said party:

1. David M. McNees, Special Assistant U.S. Attorney, Attorney for Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13th day of August, 2008, at San Diego, California